1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  ROYA MASSOUMI, CSBN 242697
5  Special Assistant United States Attorney
6         Social Security Administration
          333 Market St., Suite 1500
7         San Francisco, CA  94105
8         Telephone: (415) 977-8957
          Facsimile: (415) 744-0134
9         E-mail: Roya.Massoumi@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN O. VALDOVINOS, | ) No. 5:10-cv-00351-RZ |
| | ) _____ |
| Plaintiff, | ) |
| | ) **[PROPOSED]** |
| v. | ) **JUDGMENT OF REMAND** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court ~~having approved~~ approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") ~~lodged concurrent with the lodging of the within Judgment of Remand,~~ Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings consistent with the Stipulation to Remand.

DATED: December 07, 2010

_____
HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE