1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Juan O. Valdovinos

7

8              **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9

10 JUAN O. VALDOVINOS,              ) Case No.: 10 CV 00351 RZ
                                    )
11             Plaintiff,           ) ~~[PROPOSED]~~ ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
12      vs.                         ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
13 MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
14                                  )
               Defendant            )
15                                  )
                                    )
16 _____)

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $3,450.00 as

20 authorized by 28 U.S.C. § 2412 be awarded ~~subject to the terms of the Stipulation~~.

21 to Plaintiff.

22 DATE:  February 01, 2011

23                                    _____
24                                    THE HONORABLE RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE
25

26

                              -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3          /s/ Steven G. Rosales
    _____

4  Steven G. Rosales
   Attorney for plaintiff Juan O. Valdovinos

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26